José Colón Díaz, demandante, v. Paulino Rivera Rodríguez, demandado; José de la Rosa Rivera, interventor y apelante.

Núm. 9180.—*Sometido:* Diciembre 26, 1945. *Resuelto:* Marzo 1, 1946.

*L. Santiago Carmona,* abogado del apelante; *Manuel Torres Reyes* y *José E. Segarra,* abogados del apelado.

El Juez Asociado Señor Córdova emitió la opinión del tribunal.

Dictada sentencia de desahucio por no haber comparecido el demandado, solicitó éste, un año después, y antes de ejecutarse la sentencia, se dejara sin efecto la orden de lanzamiento, alegando entonces tener derecho de hogar seguro. Se declaró sin lugar su moción. Transcurrió otro año y al pretender el demandante lanzar al demandado, nuevamente compareció éste a oponerse, alegando esta vez que era soldado en el ejército de Estados Unidos y estaba ausente de Puerto Rico, y que, aunque había instruído a sus familiares para que le defendieran en la acción de desahucio, la corte no debía lanzarlo mientras estuviese en el servicio militar. Se declaró sin lugar la moción, llamando la corte la atención hacia el hecho de que el demandado había ingresado en el ejército mucho después de haberse dictado la sentencia. Entonces solicitó intervenir el padre del demandado, alegando estar en posesión de la finca objeto del litigio, en concepto de dueño, desde hace muchos años, y solicitando se suspendiera la ejecución de la sentencia, y en definitiva se dejara sin efecto la sentencia y se dictara otra declarando sin lugar la demanda.

La corte inferior declaró sin lugar la solicitud de intervención, por ser ésta tardía. Se procedió entonces a ejecutar la sentencia de desahucio, lanzándose de la finca a los familiares del demandado y entrando en posesión el demandante.

Apela el pretenso interventor de la resolución que le negó permiso para intervenir. De los varios errores que señala, el único pertinente es el que dice cometió la corte al declarar sin lugar la solicitud de intervención de plano. No se cometió el error, por ser tardía la intervención solicitada después de los dos años de ser firme la sentencia. *Valentín v. Corte Municipal*, 62 D.P.R. 222.

Además, de la moción radicada por el abogado del demandado, que es el mismo que representa al interventor, pidiendo la suspensión de los procedimientos por estar el demandado en el ejército, aparecen fuertes implicaciones de que el interventor, padre del demandado, de hecho había estado interviniendo en la defensa del caso desde mucho antes de solicitar intervención formal, sin hacer indicación alguna a la corte de que él era la parte realmente interesada, y de que el demandado carecía de interés alguno en el caso.

Podríamos desestimar la apelación por académica, ya que de los autos resulta que fué ejecutada la sentencia. Pero comoquiera que las partes no han planteado esa cuestión, y el resultado a que hemos llegado luego de considerar los méritos es el mismo, *procederemos a confirmar la resolución apelada.*